

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00129-CV

Felipe **GOMEZ**,
Appellant

v.

Oscar **STILLEY** and Alan Braid,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI19940
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: March 22, 2023

DISMISSED FOR WANT OF JURISDICTION

In 2021, Felipe N. Gomez moved to intervene in the case of *Oscar Stilley v. Alan Braid, M.D.*, trial court cause number 2021CI19940. On February 15, 2023, Appellant Gomez filed a notice of appeal. His notice "states his intent to appeal the 2.6.23 refusal of the Trial Court to hear [Appellant]'s 402.010 Motion, as well as failing to dismiss the case for DWOP otherwise." Appellant acknowledges the trial court did not sign an order.

The clerk's record shows the trial court's handwritten notes from February 6, 2023, but a judge's notes "are not the kind of document[] that constitute a judgment, decision or order from

which an appeal may be taken." *See Goff v. Tuchscherer*, 627 S.W.2d 397, 398–99 (Tex. 1982); *Lares v. Muniz*, No. 04-20-00047-CV, 2020 WL 2441423, at *1 (Tex. App.—San Antonio May 13, 2020, no pet.) (mem. op.); *see also In re A.W.*, 384 S.W.3d 872, 873 (Tex. App.—San Antonio 2012, no pet.) ("[A] judge's notes are for his or her own convenience and form no part of the record.").

On March 1, 2023, we ordered Appellant to show cause in writing by March 13, 2023, why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). We warned Appellant that if he did not timely provide written proof as ordered, we would dismiss this appeal without further notice. *See id.* To date, Appellant has not filed a response.

Because the clerk's record does not contain an appealable order or final judgment, we dismiss this appeal for want of jurisdiction.

PER CURIAM